**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: John A. Staley            BK NO. 16-01473 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
14 Jul 2021, 13:41:14, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:16-bk-01473-HWV   Doc 51   Filed 07/14/21   Entered 07/14/21 15:16:42   Desc
Main Document   Page 1 of 1
Document ID: 6b74c3e076b205c0c568b3cbccfe5ff75e4a17cc185e94353fced4n8485a014b